UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CHRISTOPHER WILLIAMS                        CIVIL ACTION NO. 06-2328

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

KMSS FOX 33                                 MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Counsel was Plaintiff was directed to file, beginning November 1, 2007, a monthly status report regarding efforts to lift the bankruptcy stay.  See Doc. No. 8.  Plaintiff's counsel was advised that if no report was filed by January 2, 2008, the case would be subject to dismissal for failure to prosecute.  See Doc. No. 9.  No report was ever filed.

A district court has the inherent authority to dismiss an action, even *sua sponte*, for failure to prosecute, with or without notice to the parties.  See Link v. Wabash Railroad Co., 370 U.S. 626, 82 S.Ct. 1386, 1388-89 (1962); Rogers v. Kroger Co., 669 F.2d 317, 319-20 (5th Cir. 1982).  The Court hereby exercises its authority "to manage and administer [its] affairs to ensure the orderly and expeditious disposition of cases" and, on that basis, finds that a dismissal without prejudice for failure to prosecute is appropriate in this case.  Link, 370 U.S. at 630-31, 82 S.Ct. at 1389.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 4th day of January, 2008.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE